# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 15, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Avail Vapor, LLC, et al.
           v. Food and Drug Administration
           No. 22-1112
           (Your No. 21-2077)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 11, 2023 and placed on the docket May 15, 2023 as No. 22-1112.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst